NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER LEHNING, | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 2D18-3236 |
| STATE OF FLORIDA, | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Jalal A. Harb,
Judge.

Christopher Lehning, pro se.

PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Bradley v.

State, 787 So. 2d 732 (Fla. 2001); Hendrix v. State, 637 So. 2d 916 (Fla. 1994);

DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State v. King, 426 So. 2d 12 (Fla. 1982);

Lehning v. State, 158 So. 3d 580 (Fla. 2d DCA 2014) (table decision); McDonald v.

State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d

DCA 2009); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d

1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd

v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d 946 (Fla. 5th

DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Kaufman v. State, 696

So. 2d 1214 (Fla. 4th DCA 1997).


KELLY, MORRIS, and SLEET, JJ., Concur.